M. Carolyn Fuentes, Donna F. Coltharp, Assistant Federal Public Defender, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

Before KING, CLEMENT, and HAYNES, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Rafael Ramirez–Perez raises arguments that he concedes are foreclosed by *United States v. Gomez–Herrera,* 523 F.3d 554, 562–63 (5th Cir.2008), which rejected the argument that the existence of fast track programs in some districts and not in others creates unwarranted sentencing disparities within the meaning of 18 U.S.C. § 3553(a)(6). The Government's motion for summary affirmance is GRANTED, its alternative motion for an extension of time

to file a brief is DENIED, and the judgment of the district court is AFFIRMED.

UNITED STATES of America,
Plaintiff–Appellee

v.

Salamon RIOS–HERNANDEZ, also
known as Salomon Rios–Hernandez, Defendant–Appellant.

Nos. 12–40619, 12–40644
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 19, 2013.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Molly Estelle Odom, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before KING, CLEMENT, and HAYNES, Circuit Judges.

---

PER CURIAM: *

The Federal Public Defender appointed to represent Salamon Rios–Hernandez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Rios–Hernandez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeals present no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.